P.O. Box 1259 Dept # 115-875



Total Card, Inc.
5109 S. Broadway Lane
Sioux Falls, SD 57108
(877) 878-3005 (605) 977-5800
Office Hours:
Mon-Thr 8AM-6PM · Fri 8AM-5PM CST

August 09, 2016

| | |
|---|---|
| Our File #: | |
| Current Creditor: | Cavalry SPV I, LLC |
| Original Creditor: | HSBC Bank Nevada, N.A. |
| Original Creditor Account #: | |
| Current Account Balance: | $401.04 |

JACQUELYN MCKENZIE
12341 MEADOW LN UNIT 2
BLUE ISLAND IL 60406-5210

## COLLECTION NOTICE

Our client has agreed to accept 3 monthly payments of $74 as a full and final resolution on this account!

We represent the above client, Cavalry SPV I, LLC, who is the owner of your account referenced above.

We believe most people want to do the right thing and satisfy their past financial obligations. We also understand that times are tough and it can be difficult to pay the full amount owed. Because of this, we work with our clients to help you satisfy your account in an affordable manner.

**By taking advantage of this offer, you will save $179.04 and have your account resolved!**

Resolving the account would put an end to the calls and letters attempting to collect on this account. Keep in mind, our client is not obligated to renew or extend this offer.

**Want to save even more? Set up a one-time payment for $201 to resolve your account in full and save $200.04!**

Thirty days after we receive your final payment, we will send you written confirmation that your account has been resolved and you will not be contacted by us again concerning this debt.

Sincerely,

Brett M
Operations Manager

The law limits how long you can be sued on a debt. Because of the age of your debt, Cavalry SPV I, LLC cannot sue you for it. If you do not pay the debt, Cavalry Portfolio Services, LLC may report or continue to report it to the credit reporting agencies as unpaid.

### How can you take advantage of this offer?

**ONLINE**
You can visit www.tcipayments.com where we can accept your payments online 24 hours a day. Simply register, referencing your file number on the top of this letter, and you can quickly set up the payments required to resolve this account in full.



**MAIL**
You can make your first payment by mailing in a check or money order, or by completing the debit card information box on the attached payment stub. We will then send out a payment coupon book for the remaining payments.

**CALL**
You can call us at (877) 878-3005 during our normal business hours and one of our friendly representatives can set up your payments over the phone using a variety of methods. You can also call to discuss alternate payment arrangements.



---

**PLEASE SEE THE BACK OF THIS LETTER FOR IMPORTANT INFORMATION**

↓ Detach and Return with Payment ↓

☐ I would like to resolve my account in full by making 3 monthly payments of $74. Please process my first payment and send me a coupon book for the remaining payments.

☐ I would like to save even more and resolve my account in full with a one-time payment of $201.

☐ I would like to make a smaller monthly payment that is affordable to me to pay the balance in full. Please process my first payment of _____ and send me a series of coupon books as necessary for the remaining payments. Please make the payments due on the _____ of every month.

| Name: | Jacquelyn McKenzie |
|---|---|
| Our File #: | |
| Original Account #: | |
| Current Balance: | $401.04 |

IF PAYING BY CREDIT CARD, PLEASE FILL OUT

TOTAL CARD, INC.
PO BOX 89725
SIOUX FALLS SD 57109-9725