# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Jacquelyn McKenzie | )<br>)<br>) Case No. 1:16-cv-08212<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>)<br>)<br>) |
| Total Card et al. | )<br>)<br>)<br>) **NOTICE OF DISMISSAL**<br>) **WITH PREJUDICE**<br>) |
| Defendant. | ) |

Now comes Plaintiff, by and through counsel, pursuant to Federal Rule of Civil Procedure 41(a), and hereby dismisses the present with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

**RESPECTFULLY SUBMITTED,**

Suburban Legal Group, LLP

By: /s/ John P. Carlin
John P. Carlin, Esq.
1305 Remington Road, Suite C
Schaumburg, Il 60173
Tel: 847-843-8600
Fax: 847-843-8605
jcarlin@suburbanlegalgroup.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that, on September 19, 2016, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the United States Mail to all parties indicated on the electronic filing receipt. The following party was served via regular via Electronic Notice:

Penny Shemtob, Esq.
Senior Litigation Counsel
Office of the General Counsel
Cavalry Portfolio Services, LLC
500 Summit Lake Drive
Suite 400
Valhalla, New York 10595
Direct : (914) 742-4387
Fax: (914) 742-4372
pshemtob@cavps.com